**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Taylor Rhoan, SBN 294941
Nicholas W. McKinney, SBN 322792
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS BRIDGES and ANITA STENGEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:18-cv-02978 MCE EFB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: 11/14/2018 |

COME NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of November 15, 2018 [Dkt. 4] regarding the scheduling of this case:

- That the discovery cut-off date currently set for November 14, 2019 be moved to March 14, 2020;

- That the expert witness disclosure cut-off date currently set for January 13, 2020 be

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

moved to May 13, 2020;

• That the supplemental expert witness disclosure cut-off date currently set for February 12, 2020 be moved to June 12, 2020;

• That the Dispositive Motion filing cut-off date currently set for May 12, 2020 be moved to September 12, 2020;

This calendaring modification is requested so that the parties can attempt to resolve the case prior to the completion of discovery and the retention or further retention of experts. The parties believe that the savings in costs and attorney fees that this stipulation would permit could significantly increase the chances of resolution.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 30, 2019                WEINBERGER LAW FIRM

By _____/s/_____
    Joseph B. Weinberger
    Attorneys for Plaintiffs

Dated: September 30, 2019                PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

By _____/s/_____
    Carl L. Fessenden
    Taylor Rhoan
    Nicholas W. McKinney
    Attorneys for Defendants

**IT IS SO ORDERED.**

**Dated: September 30, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE