**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Nicholas W. McKinney, SBN 322792
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS BRIDGES and ANITA STENGEL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.  2:18-cv-02978 MCE EFB <br><br> **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** <br><br> Complaint Filed:  11/14/2018 |

COME NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Order Modifying the Pretrial Scheduling Order of October 1, 2019 [Dkt. 8] regarding the scheduling of this case:

• That the discovery cut-off date currently set for September 14, 2020 be moved to January 15, 2021;

• That the expert witness disclosure cut-off date currently set for November 13, 2020 be moved to March 12, 2021;

• That the supplemental expert witness disclosure cut-off date currently set for December

{02215247.DOCX}                                     1

STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER

12, 2020 be moved to April 12, 2021;

• That the Dispositive Motion filing cut-off date currently set for March 12, 2021 be moved to July 12, 2021;

This calendaring modification is requested in light of the most recent COVID 19 pandemic closures (delaying certain matters in this case by over three months) and so that the parties can attempt to resolve the case prior to the completion of discovery and the retention or further retention of experts. There were significant delays in discovery as a result of the California Welfare and Institutions Code § 827 petition for release of the juvenile case records, as well as the court closures and shelter in place orders relating to the COVID 19 pandemic. The parties believe that the savings in costs and attorney fees that this stipulation would permit could significantly increase the chances of resolution.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  May 26, 2020    WEINBERGER LAW FIRM

By   /s/Joseph B. Weinberger (authorized 5/26/2020)
   Joseph B. Weinberger
   Attorneys for Plaintiffs

Dated:  May 26, 2020    PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/Nicholas W. McKinney
   Carl L. Fessenden
   Nicholas W. McKinney
   Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  June 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE