1

**P O R T E R | S C O T T**

2
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494

3
cfessenden@porterscott.com
Susan C. Holland, SBN 332881

4
sholland@porterscott.com
350 University Ave., Suite 200

5
Sacramento, California 95825
TEL: 916.929.1481

6
FAX: 916.927.3706

7

Attorneys for Defendants COUNTY OF SACRAMENTO, DAWN WALKER,

8
JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

9

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

10

11

BROOKS BRIDGES and ANITA

CASE NO.  2:18-cv-02978 MCE JDP

12
STENGEL,

**JOINT STIPULATION TO MODIFY**

13
                    Plaintiffs,
**PRE-TRIAL SCHEDULING ORDER;**
**ORDER THEREON**

14
v.

15

COUNTY OF SACRAMENTO,

Complaint Filed:  11/14/2018

16
DAWN WALKER, JENNIFER LAMB,
SACRAMENTO SHERIFF'S

17
DEPARTMENT OFFICER MA, and DOES
1 through 50, inclusive,

18

19
                    Defendants.
_____/

20

21
        This Stipulation is entered into by and between Plaintiffs BROOKS BRIDGES and ANITA

22
STENGEL ("Plaintiffs") and COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB,

23
SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA ("Defendants") ("The Parties"). The

24
Parties enter into the stipulation and proposed order in compliance with the Federal Rule of Civil

25
Procedure 16(b) and the requirements of the scheduling order. The Parties have conferred and agree to

26
request to continue the following:

27
///

28
///

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER THEREON

- That the discovery cut-off date, which was set for August 20, 2021, be moved to March 25, 2022;

- That the expert witness disclosure cut-off date, which is set for October 22, 2021, be moved to May 27, 2022;

- That the supplemental expert witness disclosure cut-off date, which is set for November 24, 2021, be moved to June 30, 2022;

- That the Dispositive Motion filing cut-off date currently set for February 25, 2022, be moved to September 30, 2022.

The Parties have good cause to request an extension. This calendaring modification is requested in light of extensive COVID 19 pandemic closures (delaying certain matters in this case over six months) and so that the Parties can attempt to resolve this case. Defendant has been unable to complete the deposition of Adrianna Kamplain Bridges also known as Adrien Kamplain-Bridges which has been delayed due to the pandemic. The Parties believe that this deposition will increase the chances of resolution. Further, in the event this case does not resolve Defendants intend to file a summary judgment motion, although the Parties need to complete this deposition to do so.

///
///
///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER THEREON

1    Therefore, the Parties request a continuance of all deadlines as detailed above so that Defendant

2    may have the opportunity to defend this matter against Plaintiffs' claims.

3

4    **IT IS SO STIPULATED**.

5

6    Dated:  October 25, 2021                    PORTER SCOTT

7                                                A PROFESSIONAL CORPORATION

8                                                By /s/Carl L. Fessenden

9                                                     Carl L. Fessenden

10                                                    Susan C. Holland

                                                     Attorneys for Defendants

11

12   Dated: October 18, 2021                     WEINBERGER LAW FIRM, P.C.

13

14                                               By /s/Joseph Weinberger (authorized on 10/18/21)

15                                                    Joseph Weinberger

                                                     Attorney for Plaintiffs

16

17

18                                 **ORDER**

19

20        IT IS SO ORDERED.

21   Dated:  October 25, 2021

22

23                                               _____

                                                 MORRISON C. ENGLAND, JR.

                                                 SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

{02517931.DOCX}                                  3

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER THEREON