**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS BRIDGES and ANITA STENGEL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:18-cv-02978 MCE JDP <br><br> **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** <br><br> Complaint Filed: 11/14/2018 |

This Stipulation is entered into by and between Plaintiffs BROOKS BRIDGES and ANITA STENGEL ("Plaintiffs") and COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA ("Defendants") ("The Parties"). The Parties enter into the stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The Parties have conferred and agree to request to continue the following:

- That the Dispositive Motion filing cut-off date currently set for September 30, 2022, be moved to November 30, 2022.

The Parties have good cause to request an extension. The parties are in the process of discussing

resolution of this case, which may include, if necessary, the scheduling of a mediation or settlement conference.  In order to give the parties time to go through this process, and not waste time and expense preparing and opposing a dispositive motion, the parties have agreed to this extension.

**IT IS SO STIPULATED**.

Dated:  September 28, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
    Carl L. Fessenden
    Susan C. Holland
    Attorneys for Defendants

Dated: October 18, 2021

WEINBERGER LAW FIRM, P.C.

By /s/Joseph Weinberger (authorized on 09/23/2022)
    Joseph Weinberger
    Attorney for Plaintiffs

ORDER

IT IS SO ORDERED.

DATED:  September 28, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE