**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

Joseph Weinberger
WEINBERGER LAW FIRM, P.C.
3017 Douglas Boulevard, Suite 300
Roseville, CA 95661
Phone: (916) 357-6767
Fax: (916) 357-6766
joe@weinbergerlaw.net
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS BRIDGES and ANITA STENGEL,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, DAWN WALKER, JENNIFER LAMB, SACRAMENTO SHERIFF'S DEPARTMENT OFFICER MA, and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>_____/ | CASE NO.  2:18-cv-02978 MCE JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:  11/14/2018 |

{02863441.DOCX}            1
**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BROOKS BRIDGES and ANITA STENGEL, by and through their counsel of record that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated: November 8, 2022  PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
  Carl L. Fessenden
  Suli A. Mastorakos
  Attorneys for Defendants

Dated: November 11, 2022  WEINBERGER LAW FIRM, P.C.

By /s/Joseph Weinberger (Authorized on 11/11/2022)
  Joseph Weinberger
  Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: December 2, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

{02863441.DOCX}    2
**STIPULATION AND ORDER FOR DISMISSAL**